UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO.: 9:21-cv-80985-AMC

LEE MITCHELL JOHNSON,

    Plaintiff,

v.

DEPUTY HUMPHRIES and DEPUTY PERRY,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, through their undersigned counsel, hereby provide notice to the Court that settlement in this matter between all parties has been reached, each side to bear their own costs and attorney's fees.

Respectfully submitted this 23rd day of September, 2021.

    *s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida  33304
Telephone:   (954) 462-3200
Facsimile:   (954) 462-3861
E-mail: summer@purdylaw.com; jackie@purdylaw.com
Attorneys for *Defendants*

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **LEE MITCHELL JOHNSON**, Pro Se Plaintiff, Inmate No. 0384240, c/o West County Detention Center, Inmate Mail/Parcels, P.O. Box 1450, Belle Glade, Florida 33430 and that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system this 23rd day of September, 2021.

*s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida  33304
Telephone:    (954) 462-3200
Facsimile:    (954) 462-3861
E-mail: summer@purdylaw.com; jackie@purdylaw.com
Attorneys for *Defendants*